UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LEENA KUMAR,                                                         :
:
                    Plaintiff,                       :        23-CV-321 (JMF)
:
        -v-                                                   :        ORDER
:
BARRAK ABDULMOHSEN ALHUNAIF, et al.,                                 :
:
                   Defendants.                      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the fact that Defendants in this matter have not yet appeared, IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **April 25, 2023, at 9:00 a.m.**, is ADJOURNED to **June 6, 2023, at 9:00 a.m.**  The conference will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       It is further ORDERED that Plaintiff shall submit a letter by **April 20, 2023,** regarding the status of service and, if service has not yet been made and Plaintiff continues to believe that Defendants are outside the United States, proposing a deadline to effect service.

       SO ORDERED.

Dated: April 17, 2023
       New York, New York                   _____
                                                              JESSE M. FURMAN
                                                          United States District Judge