UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LEENA KUMAR,                                                            :
:
Plaintiff,                                      :
:      23-CV-321 (JMF)
-v-                                                 :
:           ORDER
:
BARRAK ABDULMOHSEN ALHUNAIF, et al.,           :
:
Defendants.                                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 22, 2023, Plaintiff moved for leave to serve Defendants using alternative service — namely, through Facebook.  ECF No. 11.  On August 4, 2023, this Court denied Plaintiff's motion without prejudice to renewal if Plaintiff could provide additional evidence demonstrating that Plaintiff's proposed method of service would be reasonably calculated to apprise Defendants of this suit.  ECF No. 14.  Plaintiff now moves for third-party discovery to procure information in aid of effectuating proper service.  ECF No. 15.  Plaintiff's motion is GRANTED, substantially for the reasons set forth in her memorandum of law.  *See* ECF No. 16.  Plaintiff is hereby ORDERED to file a status letter within 60 days of this Order detailing the status of third-party discovery and her efforts, if any, to effectuate service.

      The Clerk of Court is directed to terminate ECF No. 15.

      SO ORDERED.

Dated: August 9, 2023
       New York, New York                    _____
                                                        JESSE M. FURMAN
                                                    United States District Judge