UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEENA KUMAR,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BARRAK ABDULMOHSEN ALHUNAIF, et al.,<br><br>　　　　　　　　Defendants. | 23-CV-321 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued by the Court on October 10, 2023, directed Plaintiff to file a status letter regarding third-party discovery and her efforts, if any, to effectuate service OR a renewed motion for alternative service within thirty (30) days (Dkt. No. 20). No such letter was filed.

It is hereby **ORDERED** that Plaintiff shall file the required status letter OR renewed motion as soon as possible and no later than **November 15, 2023.**

　　SO ORDERED.

Dated: November 14, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge