UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEENA KUMAR,

                Plaintiff,

v.

BARRAK ABDULMOHSEN ALHUNAIF, et al.,

                Defendants.

23-CV-321 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

    On February 14, 2024, Plaintiff filed a proposed Clerk's Certificate of Default. ECF No. 33. Plaintiff shall file any motion for default judgment, in accordance with Rule 4(b) of the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-dale-e-ho), by **March 18, 2024**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at HoNYSDChambers@nysd.uscourts.gov.

    If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

    Plaintiff shall serve a copy of this Order on Defendants via approved alternative service methods, ECF No. 29, **within three business days** from the date of this Order. Plaintiff shall file proof of such service **within four business days** of the date of this Order.

    SO ORDERED.

Dated: February 15, 2024
       New York, New York

                                                        DALE E. HO
                                                        United States District Judge