UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEENA KUMAR,<br><br>*Plaintiff,*<br><br>v.<br><br>BARRAK ABDULMOHSEN ALHUNAIF and KHALEDAH SAAD ALDHUBAIBI,<br><br>*Defendants.* | Civil Action No. 23-CV-321 (DEH)<br><br>NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT |

     PLEASE TAKE NOTICE that upon April 4, 2024 Declaration of Patricia Kakalec, the April 4, 2024 Declaration of Daniel Werner, the April 1, 2024 Affidavit of Leena Kumar, Plaintiff's Memorandum of Law, and all other papers heretofore had in this matter, the undersigned will move this Court, before the Hon. Dale E. Ho, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Plaintiff's Motion for Default Judgment against Defendant Barrak Abdulmohsen Alhunaif, including the award of attorneys' fees and costs to Plaintiff, in a total amount of $809,794.22 plus interest in an amount to be calculated by the Clerk of Court.

     PLEASE TAKE FURTHER NOTICE that oral argument and appearance is not requested or required, unless ordered by the Court. Responsive papers, if any, are due in accordance with the Federal Rules of Civil Procedure.

Dated:     New York, New York
              April 4, 2024

Patricia Kakalec
Hugh Baran
Kakalec Law PLLC
80 Broad Street, Suite 703
New York, NY 10004
(212) 705-8730
Patricia@KakalecLaw.com
Hugh@KakalecLaw.com

Daniel Werner
RADFORD SCOTT, LLP
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300
dwerner@radfordscott.com
*Attorneys for Plaintiff*