UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEENA KUMAR,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BARRAK ABDULMOHSEN ALHUNAIF, et al.,<br><br>　　　　　　　　Defendants. | 23-CV-321 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　Due to a conflict on the Court's calendar, the conference scheduled for May 21, 2024, at 11:00 a.m. EST will be **RESCHEDULED** to **June 11, 2024, at 11:00 a.m. EST**.  It is ORDERED that Defendant appear and show cause before this Court on June 11, 2024, at 11:00 a.m. EST, why an order should not be issued granting a default judgment against Defendant. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 108 320 729, followed by the pound (#) key.

　　In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant. That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of January 18, 2023 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference. *See* ECF No. 4.

It is further **ORDERED** that Plaintiff serve Defendant via approved alternative service methods, ECF No. 29, with (1) a copy of the amended motion for default judgment and all supporting papers; and (2) a copy of this Order by within two business days of the filing of each document. In each case, within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: May 15, 2024
New York, New York

_____
DALE E. HO
United States District Judge