UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEENA KUMAR,<br><br>*Plaintiff,*<br><br>v.<br><br>BARRAK ABDULMOHSEN ALHUNAIF and KHALEDAH SAAD ALDHUBAIBI,<br><br>*Defendants.* | **Civil Action No. 23-CV-321 (DEH)** |

**~~PROPOSED~~ ORDER GRANTING DEFAULT JUDGMENT**

WHEREAS this action was commenced on January 13, 2023 by the filing of a Summons and Complaint; and

WHEREAS a copy of the Summons and Complaint was served on Defendant Barrak Abdulmohsen Alhunaif on December 13 and 14, 2023 in the methods set forth in the Court's December 8, 2023 Order; and

WHEREAS the duly-served Defendant Alhunaif has failed to answer or otherwise move with respect to the Complaint, and the time for answering or otherwise moving with respect to the Complaint has expired; and

WHEREAS, a Clerk's Certificate of Default was issued by the Clerk of Court on February 15, 2024; it is now, therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff Leema Kumar have judgment against Defendant Alhunaif; ~~and~~

1

~~It is FURTHER ORDERED that an inquest as to damages is unnecessary and that Plaintiff is awarded $607,072.88 in damages, $99,945.22 in attorneys' fees and costs, and interest in an amount to be determined by the Court.~~ By separate order, the Court will refer the matter to the assigned Magistrate Judge for an inquest as to damages.

DATED:   New York, NY
         March 17, 2024

_____
Dale E. Ho, U.S.D.J.

2