

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```

September 19, 2025

> Plaintiff's Letter Motion is hereby GRANTED. Further, the parties shall file a Joint Status Letter updating the Court on the status of the settlement **by October 23, 2025**.

**Submitted Via CM/ECF**

APPLICATION GRANTED

*/s/ Katharine H. Parker*   9/23/2025
Hon. Katharine H. Parker, U.S.M.J.

Hon. Katherine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

    Re:    *Kumar v. Alhunaif*, No 1:23-cv-00321-DEH-KHP

Dear Judge Parker:

    I am co-counsel for Plaintiff Leena Kumar in the above-referenced civil action alleging violations of the Trafficking Victims Protection Act, 18 U.S.C. §§ 1589, 1590, and 1595, and New York Labor Law.

    We write to request a sixty-day stay of all case deadlines. Plaintiff and Defendant Alhunaif have reached a resolution in principle. The stay would allow the parties to focus on finalizing the resolution without expending additional attorneys' fees on the damages inquest. Counsel for Defendant Alhunaif indicated by email that he consents to a stay.

                                            Respectfully,

                                            /s/ Daniel Werner
                                            Daniel Werner
                                            Radford Scott, LLP
                                            125 Clairemont Ave., Suite 1080
                                            Decatur, GA 30030
                                            P: 678-271-0300
                                            E: dwerner@radfordscott.com

                                            *Co-Counsel for Plaintiff*

cc:    All counsel (by CM/ECF)