```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEENA KUMAR                                          :
                                                     :
                              Plaintiff,             :   23-CV-00321 (DEH) (KHP)
                                                     :
            -against-                                :          **ORDER**
                                                     :
BARRAK ABDULMOHSEN ALHUNAIF, KHALEDAH :
SAAD ALDHUBAIBI,                                     :
                                                     :
                              Defendants.            :
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 23, 2025, the Parties filed Joint Status Letter informing the Court that they are continuing to negotiate the terms of the written settlement agreement and expect a resolution to be reached within 30 days.  In the event that terms are not agreed upon by November 24, 2025, the parties shall file a Joint Status Letter updating the Court on the status of the settlement **by November 25, 2025**.

**SO ORDERED.**

Dated: October 24, 2025
       New York, New York

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge