UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

LEENA KUMAR    :

    :

                           Plaintiff,    :    23-CV-00321 (DEH) (KHP)

    :

          -against-    :    **ORDER**

    :

BARRAK ABDULMOHSEN ALHUNAIF, KHALEDAH    :
SAAD ALDHUBAIBI,    

    :

                           Defendants.    :

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 16, 2025, the parties filed a stipulation of voluntary dismissal in this action pursuant to a settlement agreement.  (ECF No. 112)  The filing, however, was deficient as the stipulation was not signed by both parties.  The parties are therefore instructed to refile the stipulation with signatures for both parties and to the extent that defense counsel is also representing defendant Aldhubaibi, in this action, he is instructed to concurrently enter a notice of appearance on her behalf.

**SO ORDERED.**

Dated: December 22, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025